UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYONG Y. KWON,

                   Plaintiff,

-v-

DANIEL J. YUN, *et al.*

                   Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09

No. 05 Civ. 1142 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    This action has been reassigned to my docket. Accordingly,

    IT IS HEREBY ORDERED that, no later than Monday, October 19, 2009, the parties shall submit a *joint* letter, not to exceed ten (10) pages, providing, in separate paragraphs:

(1)    A brief statement of the nature of the action and the principal defenses thereto;

(2)    A brief explanation of why jurisdiction and venue lie in this court;

(3)    A brief description of all outstanding motions and/or outstanding requests to file motions;

(4)    A list of all existing deadlines and any upcoming conferences that were previously scheduled;

(5)    A brief description of any discovery remaining, specifying that which is necessary for the parties to engage in meaningful settlement negotiations;

(6)    A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(7)    The estimated length of trial;

(8)    Any other information that you believe may assist this Court in resolving this action.

The joint letter shall be sent directly to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov.

The Court will thereafter hold a status conference on Monday, November 2, 2009 at 9:45 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:      October 5, 2009
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

2

Copies of this order have been mailed to:

Byong Kwon
14712 Links Pond Circle
Gainesville, VA

Martin Stein
Heller, Horowitz & Feit, P.C.
292 Madison Avenue
New York , NY 10017