UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYONG Y. KWON,

                Plaintiff,

-v-

DANIEL J. YUN, *et al.*

                Defendants.

No. 05 Civ. 1142 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/2/09

RICHARD J. SULLIVAN, District Judge:

By Order dated October 5, 2009, the parties were directed to submit a joint letter by October 19, 2009, and to appear for a status conference on November 2, 2009, at 9:45 a.m. The parties properly submitted their joint letter, and Plaintiff, who is proceeding *pro se*, appeared as scheduled for the status conference. By 10:30 a.m. on November 2, 2009, however, Defendants had failed to appear for the status conference.

Accordingly, IT IS HEREBY ORDERED that Defendants shall submit a letter, to be received by the Court no later than November 6, 2009, explaining their failure to appear and stating why they should not be sanctioned in an amount including, but not limited to, the costs associated with Plaintiff's travel from Virginia to New York for the November 2, 2009, conference. The letter shall be e-mailed to chambers at the following address: sullivannysdchambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that the parties shall submit a joint letter, also to be received in chambers by e-mail no later than November 6, 2009, (1) setting forth proposed times

that the parties are available for a status conference on November 16, 2009, or (2) in the event that the parties are unavailable on that date, proposed alternative dates and times.

In light of the fact that Plaintiff needlessly traveled from Virginia to New York to appear at the status conference, IT IS FURTHER ORDERED that Plaintiff may appear telephonically at the subsequent conference.


Dated:      November 2, 2009
            New York, New York

                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

Copies of this order have been mailed to:

Byong Kwon
14712 Links Pond Circle
Gainesville, VA 20155

Martin Stein
Heller, Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017