```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYONG Y. KWON,

                Plaintiff,

-v-

DANIEL J. YUN, *et al.*

                Defendants.

No. 05 Civ. 1142 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The parties ARE HEREBY ORDERED to appear for a status conference on November 13, 2009, at 9:30 a.m. Plaintiff may appear telephonically and is instructed to contact chambers at (212) 805-0264 at the appointed time.

Dated:      November 5, 2009
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

Copies of this order have been mailed to:

Byong Kwon
14712 Links Pond Circle
Gainesville, VA 20155

Martin Stein
Heller, Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017