```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYONG Y. KWON,

                Plaintiff,

-v-

DANIEL J. YUN, *et al.*,

                Defendants.

No. 05 Civ. 1142 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The above-entitled action is referred to the Honorable Douglas F. Eaton, Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositive Motion/Dispute: **Plaintiff's request that the Court reconsider its ruling of August 17, 2007** | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | ___ | Habeas Corpus |
| _X_ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Dated:    November 16, 2009
            New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE

<u>Copies of this order have been mailed to:</u>

Byong Kwon
14712 Links Pond Circle
Gainesville, VA 20155

Martin Stein
Heller, Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017