UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/09

BYONG Y. KWON,

                         Plaintiff,

-v-

DANIEL J. YUN, *et al.*,

                         Defendants.

No. 05 Civ. 1142 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The parties appeared for a status conference on November 13, 2009. As stated on the record, IT IS HEREBY ORDERED that

(1)     This matter is set down for trial to begin March 8, 2009;

(2)     Plaintiff shall file his motion to disqualify Mr. Stein as defense counsel no later than November 27, 2009, and Defendants shall file their opposition by December 22, 2009;

(3)     The parties shall submit a joint pre-trial order in conformance with the undersigned's individual practices by December 22, 2009;

(4)     Despite the undersigned's individual practices, direct examination at trial may proceed by live testimony, rather than by affidavit; and

(5)     The parties shall appear for a status conference on January 25, 2010, at 4:30 p.m.

IT IS FURTHER ORDERED that the parties shall contact Magistrate Judge Eaton to schedule a settlement conference by Monday, November 23, 2009.

Dated:   November 16, 2009
         New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE

Copies of this order have been mailed to:

Byong Kwon
14712 Links Pond Circle
Gainesville, VA 20155

Martin Stein
Heller, Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017